**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARILYN POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-1281-M |
| | ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On August 15, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action. The Magistrate Judge recommended this action be dismissed for lack of jurisdiction. The parties were advised of their right to object to the Report and Recommendation by September 4, 2008. A review of the Court file reveals that no objections were filed.

Having carefully reviewed the matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 15, 2008, and

(2) DISMISSES this action for lack of jurisdiction.

**IT IS SO ORDERED this 10th day of September, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE